UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE J.W. ROBERTS, JR., <br><br> Plaintiff, <br><br> v. <br><br> VILMA KHOUNPHIXAY, *et al*., <br><br> Defendants. | Case No. C19-014-MJP-MLP <br><br> ORDER STRIKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This is a civil rights action proceeding under 42 U.S.C. § 1983. Currently pending before the Court is Defendants' motion for summary judgment. (Dkt. # 48.) That motion was originally noted for consideration on October 18, 2019 (*see id*.), but was subsequently re-noted for February 28, 2020 to allow Plaintiff additional time to respond (*see* Dkt. # 77 at 7.) Rather than file a response to Defendants' motion, Plaintiff instead filed a series of motions relating to his access to legal materials and requesting appointment of counsel. (*See* Dkt. ## 79, 80, 87, 92.) On April 17, 2020, this Court issued an Order denying Plaintiff's motions and indicating that it would address Defendants' summary judgment motion by separate Order. (Dkt. # 102.) On April 24, 2020, before any Order could be issued on Defendants' summary judgment motion, Plaintiff filed a notice of appeal of this Court's April 17, 2020 Order. (Dkt. # 103.) That appeal is

ORDER STRIKING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 1

currently pending before the United States Court of Appeals for the Ninth Circuit and it would be inappropriate for this Court to take any further action with respect to this case until Plaintiff's appeal has been resolved.

Accordingly, this Court hereby ORDERS as follows:

(1) Defendants' motion for summary judgment (dkt. # 48) is STRICKEN from the Court's motion calendar. The Court will re-note the motion for consideration once it has been notified by the Ninth Circuit that Plaintiff's appeal has been resolved.

(2) The Clerk shall provide copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Marsha J. Pechman.

DATED this 4th day of May, 2020.

*/s/ MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER STRIKING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 2