UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE JW ROBERTS JR,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VILMA KHOUNPHIXAY, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. C19-14 MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on the Report and Recommendation of the Honorable Michelle L. Peterson, U.S. Magistrate Judge. (Dkt. No. 112.) Having reviewed the Report and Recommendation, Plaintiff's Objections (Dkt. No. 114), Defendants' Response to the Objections (Dkt. No. 115), and the relevant record, the ORDERS as follows:

(1) The Court finds no merit to Plaintiff's two objections to the Report and Recommendation. First, Plaintiff complains that he did not have sufficient time to prepare a response to Defendants' Motion for Summary Judgment. But Plaintiff was given an ample extension of time to permit him to file a response. (See Order on

Plaintiff's Motions to Appoint Counsel, Compel Discovery, and Strike Pleading, Dkt. No. 102, at 1-2.) Despite the extension, Plaintiff failed to file a response, though he did file many other matters with the Court during the period of the extension. (See id. at 4.) The Court finds no merit to this objection. Second, Plaintiff claims that he was denied access to compact discs to support his opposition. But the Court already ruled on this issue, noting that Plaintiff failed to show what relevance these materials have to this case. (See id. at 4-5.) Plaintiff has not addressed this issue in his objections, and the Court finds no merit to the objection;

(2) The Court ADOPTS the Report and Recommendation;

(3) The Court GRANTS Defendants' Motion for Summary Judgment as to all claims; and

(4) The Court DISMISSES this action WITH PREJUDICE.

The clerk is ordered to provide copies of this order to Plaintiff, all counsel, and Magistrate Judge Peterson.

Dated February 26, 2021.

Marsha J. Pechman
United States Senior District Judge